UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:09-CR-81 |
| | ) | |
| DEBORAH LEWIS | ) | MATTICE/CARTER |

**O R D E R**

On August 31, 2009, Magistrate Judge William B. Mitchell Carter filed a Report and Recommendation recommending (a) the Court accept Defendant Deborah Lewis' ("Defendant") plea of guilty Count One of the Indictment, the lesser included offense of conspiracy to manufacture, distribute, and possess with the intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B); (b) the Court adjudicate Defendant guilty of the charges set forth in Count One of the Indictment, the lesser included offense of conspiracy to manufacture, distribute, and possess with the intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B); and (c) Defendant shall be taken into custody pending sentencing in this matter (Doc. 73). Neither party filed an objection within the given ten days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 73) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Indictment, the lesser included offense of conspiracy to manufacture, distribute, and possess with the intent to distribute fifty (50) grams

or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment, the lesser included offense of conspiracy to manufacture, distribute, and possess with the intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B); and

(3) Defendant **SHALL BE TAKEN INTO CUSTODY** pending sentencing on **Monday, November 30, 2009, at 9:00 am**.

**SO ORDERED.**

**ENTER:**

*/s/Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE